UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

THE GREAT EASTERN SHIPPING CO., LTD.,

               Plaintiff,        09 Civ. 1051 (JGK)

    - against -               ORDER

FAR EAST CHARTERING LIMITED, et al.,

               Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

The attachment is extended, for a second time, until **September 25, 2009.** There will be no further extensions without a specific showing of why assets can be found in this District.

SO ORDERED.

Dated:    New York, New York
          August 20, 2009

                                              John G. Koeltl
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/21/09