```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
THE GREAT EASTERN SHIPPING CO., LTD.,      :
                                           :
                Plaintiff,                 : ECF
                                           : NOTICE OF DISMISSAL
        -against-                          : PURSUANT TO FRCP
                                           : RULE 41(a)(1)
                                           : 09 Civ. 1051 (JGK)
FAR EAST CHARTERING LIMITED f/k/a          :
VISA COMTRADE (ASIA) LIMITED a/k/a         :
VISA COMTRADE LIMITED, and VISA            :
COMTRADE AG,                               :
                                           :
                Defendants.                :
------------------------------------------x
```

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice and without costs. The defendants have not appeared or served an answer in this action.

Dated: New York, New York
       October 5, 2009

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              THE GREAT EASTERN SHIPPING CO., LTD.

                   By: _____
                        James P. Rau (JR 7209)

                        Office and P.O. Address
                        29 Broadway, Suite 1710
                        New York, New York 10006
                        Tel: (212) 344-0464